UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALIN NUTH,

            Plaintiff(s)             CIVIL ACTION

     V.             NO. 12-10667-WGY

KELLY SERVICES, INC.,

            Defendant(s)

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE YOUNG

[X]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]     On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    _____ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ]
    The parties were /were not present in person or by authorized corporate officer [except
    _____ ].

    The case was :

[ ]     Settled. Your clerk should enter a ____ day order of dismissal.

[ ]     There was progress. A further session has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

MAY 16, 2013             JEROME J. NIEDERMEIER, U.S.M.J.
Date             ADR Provider